UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

CASE NO: 6:21-CV-00294-RAW

JENNIFER HOLT,
individually and on behalf of all
others similarly situated,                                              CLASS REPRESENTATION

    Plaintiff,                                                                    JURY TRIAL DEMANDED

v.

CASELY INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Jennifer Holt, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action. All claims of Plaintiff, individually, are hereby dismissed with prejudice.

Date: December 17, 2021.

**EISENBAND LAW, P.A.**

*/s/ Michael Eisenband*
Michael Eisenband
Florida Bar No. 94235
515 E. Las Olas Boulevard, Suite 120
Ft. Lauderdale, Florida 33301
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.533.4092
*Counsel for Plaintiff*